AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
10/30/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: LK DEPUTY

United States of America

v.

Mahyar NIKZAD,

Defendant

Case No. 2:26-mj-06354-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of February 16, 2026, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(a) | False Statement in a Naturalization Application |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Caitlin Donovan*
*Complainant's signature*

Caitlin Donovan, Special Agent-HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 30, 2026

Dan Roberts
*Judge's signature*

City and state: Los Angeles, California

Hon. Daniel S. Roberts, U.S. Magistrate Judge
*Printed name and title*

AUSA: Michael G. Wheat

# AFFIDAVIT

I, Caitlin Donovan, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant for Mahyar NIKZAD ("NIKZAD") for a violation of 18 U.S.C. § 1015(a) (False Statement in a Naturalization Application).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement and public databases. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI") and have been since January 2024. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. In the course of my work, I have conducted physical surveillance, executed arrest warrants, and reviewed electronic records.

4. I have a bachelor’s degree in dance from San Francisco State University and Doctorate degree in chiropractic from Southern California University of Health Sciences. I was a Customs and Border Protection (“CBP”) Officer at the seaport of Long Beach, California for approximately three years. During that time, I worked on teams in Merchandise Enforcement, Anti-Terrorism and Contraband Enforcement, Vessel Operations, and Radiation Portal Monitors. I also performed temporary duty at the land borders of Nogales, Arizona and San Ysidro, California. I have completed approximately 500 hours of instruction from the Federal Law Enforcement Training Center, resulting in a certificate of completion from the Criminal Investigator Training Program. I have also completed approximately 500 hours of HSI-related instruction from the Federal Law Enforcement Training Center, resulting in a certificate of completion from the Homeland Security Investigations Special Agent Training Program.

5. I currently work with the Homeland Security Task Force Financial – High Intensity Financial (“HSTFF-HIF”) and as a Special Agent, I am responsible for investigating violations of federal criminal laws, such as the Bank Secrecy Act, Money Laundering Control Act, Immigration violations, and other federal crimes. These investigations have involved the use of electronic and physical surveillance; the use of informants and cooperating witnesses; undercover transactions; financial and telephone toll analysis; the preparation and execution of search warrants, and arrests, among other things. I have requested and participated in the preparation

and execution of many HSI search and seizure warrants, multi-agency search warrants, and multiple site search warrants. I have requested and participated in search warrants of email accounts, online cloud accounts, cell phones, computers, and premises where computers, cell phones, and other electronic evidence were searched, seized, and/or imaged.

## III. STATEMENT OF PROBABLE CAUSE

6. Department of Homeland Security ("DHS") records reveal that NIKZAD was born on December XX, 1990, in Iran, and is a native and citizen of Iran, who entered the United States and is present in the United States as a Lawful Permanent Resident ("LPR"). LPRs are not United States citizens.

7. DHS HSI Los Angeles received investigative referrals provided by HSI Identity and Benefit Fraud Unit ("IBFU") with relevant information regarding alleged voter fraud or related identity-based fraud indicators. One of the referrals provided was for NIKZAD with fraud indicators that NIKZAD either registered to vote, has voted, or both.

8. During the HSI investigation of NIKZAD, Special Agents ("SAs") conducted a number of record checks through law enforcement databases. A DHS database revealed a record under Alien Registration number XXXXX7654 in the name "NIKZAD" with a date of birth of December XX, 1990, and a country of birth and citizenship as Iran. This record includes a photograph of the person SAs recognized to be NIKZAD. This recognition is based on my comparison to other law enforcement photographs of NIKZAD. This record also lists additional identifying information for NIKZAD to include a physical address: XX11 Darnoch Way, Canoga

Park, CA 91307, a telephone number ending in -3916, an email of NIKZAD_MAHYAR@XXXXX.COM, and date of birth of December XX, 1990.

9. DHS Immigration documentation, specifically N-400 (Application for Naturalization) records for NIKZAD, also lists his birth country and citizenship as Iran, and contains a Social Security number ending in -6420.

10. SAs also conducted record checks through the California Department of Motor Vehicles and confirmed that driver's license number XXXXX234 is associated with the name "NIKZAD" and is associated with the same address on XX11 Darnoch Way, West Hills, CA 91307. The latest issue date of this record is September 30, 2025, and it contained a photograph which SAs believe depicts NIKZAD based on SAs' comparison to pictures, and SAs' interactions and correspondence with other law enforcement officers. This record also shows a date of birth as December XX, 1990 and contains an image of NIKZAD's signature.




11. During the HSI investigation of NIKZAD, SAs subpoenaed the Los Angeles County Registrar's Office for Voter

Registration Information for NIKZAD associated with an address of XX11 Darnoch Way, West Hills, CA 91307.

12. In September 2026, SAs received a certified voter registration application number 53102XXXX, a voter registration receipt and a signature image from the Los Angeles County Registrar's Office, Office of County Counsel of Los Angeles. The voter registration name is listed as "NIKZAD" and lists the same address on XX11 Darnoch Way, Canoga Park, CA 91307. A check mark is provided next to the application wording "I am a U.S. citizen."



CALIFORNIA VOTER REGISTRATION FORM

- X I am a U.S. citizen
- X I am at least 16 years old
- X I am not in prison or on parole for the conviction of a felony
- X I am not currently judged by a court to be mentally incompetent

13. Following a declaration under penalty of perjury warning, the voter registration application is dated September 12, 2024.



I declare under penalty of perjury under the laws of the State of California that:
- I am a U.S. citizen and am 16 years old or will be at least 18 years old on election day.
- I am not currently in a state or federal prison or on parole for the conviction of a felony.
- I am not currently found mentally incompetent to vote by a court.
- I understand that it is a crime to intentionally provide incorrect information on this form.
- The information on this form is true and correct.

SIGNATURE [redacted] 9/12/2024 DATE

14. The voter application also provided the following for NIKZAD:

a. California ID number DL #XXXXX234
b. Date of birth as "12/XX/1990"
c. Place of birth as "Not Listed"
d. "SSN4" as "6420"
e. Phone number as "818-XXX-3916"
f. Email as NIKZAD_MAHYAR@XXXXX.COM

15. The signature supplied by the voter and attached to voter application number 53102XXXX is in the name of NIKZAD and appears to match NIKZAD's signature on his California driver's license dated 09/30/25.



CALIFORNIA VOTER REGISTRATION FORM

- [X] I am a U.S. citizen.
- [X] I am at least 16 years old.
- [X] I am not in prison or on parole for the conviction of a felony.
- [X] I am not currently judged by a court to be mentally incompetent.

I declare under penalty of perjury under the laws of the State of California that:
- I am a U.S. citizen and am 16 years old or will be at least 18 years old on election day.
- I am not currently in a state or federal prison or on parole for the conviction of a felony.
- I am not currently found mentally incompetent to vote by a court.
- I understand that it is a crime to intentionally provide incorrect information on this form.
- The information on this form is true and correct.

SIGNATURE

65DA416830

9/12/2024

DATE

16. Records also provide that NIKZAD voted in the Presidential Primary Election on or about March 5, 2024, and by mail in ballot for the General Election on or about November 5, 2024.

17. Additionally, SAs have reviewed DHS records to determine whether NIKZAD has ever sought or obtained U.S. citizenship. To become a naturalized U.S. citizen an applicant must file a Form N-400 and pay a $710 filing fee or seek a fee waiver. DHS records do show NIKZAD is seeking naturalization and filed an N-400 application.

18. Under the application questions in Part 9 of the Form N-400 the first question of "Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)?" the answer "No" is checked. The second question "Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United

States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'" the answer "No" is checked.

| | | |
|---|---|---|
| 1. | Have you **EVER** claimed to be a U.S. citizen (in writing or any other way)? | ☐ Yes ☒ No |
| 2. | Have you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No." | ☐ Yes ☒ No |

19. Following a declaration under penalty of perjury warning, the Form N-400 Naturalization application is dated 02/16/2026.

***Applicant's Certification and Signature***

I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application. I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in **Part 12.**, understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

4. Applicant's Signature (or signature of a legal guardian, surrogate, or designated representative, if applicable) — Date of Signature (mm/dd/yyyy) 2.16.2026

20. The Form N-400 Naturalization application also provided the following for NIKZAD:

a. Alien Number as A-XXXXX7654
b. Date of birth as 12/XX/1990
c. Place of birth as Iran
d. "SSN4"[1] as -6420
e. Phone number as "818-XXX-3916"
f. Email as "NIKZAD_MAHYAR@XXXXX.COM"

21. Moreover, the records do not reflect the issuance of a Form N-550, a Certificate of Naturalization, which is an official document issued by U.S. Citizenship and Immigration Services to prove that a foreign national has officially become a U.S. citizen after completing the naturalization process and taking the Oath of Allegiance. Based on my background, training and experience, I know that if an individual became a

naturalized citizen, DHS records associated with that individual would reflect the issuance of a Form N-550 (Certificate of Naturalization).

## IV. CONCLUSION

22. Based on the forgoing, I believe there is probable cause to believe that NIKZAD knowingly and willfully falsely stated under oath that he was a United States Citizen in his voter registration application in order to register to vote, then subsequently lied about it in the naturalization application in violation of 18 U.S.C. § 1015(a).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 30th day of October 2026.

HONORABLE DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE